UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOHAMMED ABDULLAH BA GUNAID,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX FACILITY, et al.,

Respondents.

Case No. 1:26-cv-01671-KES-HBK (HC)

ORDER GRANTING PETITIONER'S REQUEST TO UPDATE THE RECORD

(Doc. 14)

ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTIONS FOR EXPEDITED RESOLUTION

(Docs. 12, 13)

Petitioner, an immigration detainee in U.S. Immigration and Customs Enforcement (ICE) custody at the Golden State Annex Detention Facility in McFarland, California proceeds on his counseled petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his prolonged detention without a bond hearing. (Doc. 1, "Petition"). The Petition is fully briefed and ripe for review. (Docs. 1, 10, 11).

On October 16, 2026, Petitioner filed a "supplemental status report" seeking leave to supplement the factual record with documents concerning the status of his I-360 petition for special immigrant juvenile classification. (Doc. 14-1). Petitioner represents that the documents are submitted solely to update the status of the case, not to amend the Petition or present additional argument on the merits. (Doc. 14 at 3). The Court grants leave to file the documents

for the limited purpose of updating the status of Petitioner's I-360 petition and removal proceedings, to the extent relevant to the grounds raised in the Petition. *See* Local Rule 230(m).

Petitioner requests prompt consideration of the petition "after the Court addresses this limited update." (Doc. 14 at 3). The Court acknowledges Petitioner's previous requests for expedited resolution (Docs. 12, 13) and the interests of liberty implicated by his continued detention. The Court is addressing habeas petitions as expeditiously as possible, but an extreme backlog limits its ability to resolve each petition within the requested timeframe. The Court will consider this Petition promptly but cannot commit to a specific decision date.

Accordingly, it is hereby ORDERED:

1. Petitioner's motion to update the factual record (Doc. 14) is GRANTED to the extent the update is confined to updating the status of Petitioner's I-360 petition and removal proceedings.
2. Petitioner's motions for expedited resolution (Docs. 12, 13) are DENIED WITHOUT PREJUDICE.

Dated: October 19, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE